NUMBER 13-07-335-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


______________________________________________ _____________ 


IN RE NELSON B. FREIMER, M.D.


___________________________________________________________ 


On Petition for Writ of Mandamus and 


Motion for Temporary Stay

____________________________________________________________ 


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Rodriguez and Garza 


Per Curiam Memorandum Opinion (1)



 Relator, Nelson B. Freimer, M.D., filed a petition for writ of mandamus and
motion for temporary stay in the above cause on May 29, 2007. On May 30, 2007,
Michael Escamilla, M.D., real party in interest, filed a response to the motion for
temporary stay. 

 The Court, having examined and fully considered the petition for writ of
mandamus, motion for temporary relief, and response to said motion, is of the opinion
that relator has not shown himself entitled to the relief sought. Accordingly, the
motion for temporary stay and petition for writ of mandamus are DENIED. See Tex.
R. App. P. 52.8(a). 


 PER CURIAM



Memorandum Opinion delivered and 

filed this 31st day of May, 2007.

 


 

1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).